The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MOZELLE FRAZIER-DUBOIS,<br><br>               Defendant. | CASE No. CR15-89 RSL<br><br>**ORDER EXTENDING TIME FOR THE GOVERNMENT TO FILE ITS RESPONSE** |

Having considered the government's Unopposed Motion to Extend Time to Respond to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1), Dkt. 96, the Court ORDERS:

The government's unopposed motion is granted. The government shall file its responsive brief by September 16, 2020. The Clerk of Court will note Dkt. # 96, for September 18, 2020.

DATED this __10th__ day of September, 2020.

_____
ROBERT S. LASNIK
United States District Court Judge

Prepared by:
*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order Extending Time for Government's Response
*United States v. Frazier-Dubois,* CR15-89 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970